IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VERNON ADAMS        :     CIVIL ACTION

      v.                   :

MONTGOMERY COUNTY, et al.    :     No. 09-181

**FILED**

JUN 2 2 20..

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

AND NOW, this _22_ day of _June_ , 2009, upon careful and

independent consideration of the petition for a writ of habeas corpus filed pursuant to 28

U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate

_to which no timely objections were filed,_

Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.